# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN ABOULAFIA,<br><br>    Plaintiff,<br><br>v.<br><br>MORTGAGE ELECTRONIC<br>REGISTRATION SYSTEMS, INC., *et al*.,<br><br>    Defendants. | Case No. 2:12-CV-00385-KJD-GWF<br><br>**ORDER** |

Before the Court is Defendants' Motion to Dismiss (#11). Plaintiff has not filed an opposition. Defendants filed a Notice of Non-Opposition (#12).

Local Rule 7-2 provides that failure to file points and authorities in opposition to a motion constitutes consent to the granting of that motion. Plaintiff has failed to file any opposition to Defendants' Motion to Dismiss. The Court has reviewed the Motion to Dismiss and finds it to have merit.

Accordingly, **IT IS HEREBY ORDERED** that the Motion to Dismiss (#11) is **GRANTED**.

**IT IS FURTHER ORDERED** that this action is **DISMISSED**.

DATED this 3rd day of October 2012.

_____
Kent J. Dawson
United States District Judge