JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9772
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
AKERMAN SENTERFITT LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572

*Attorneys for Defendants Mortgage Electronic Registration Systems, Inc.; Recontrust Company; Countrywide Bank, FSB; and Bank of America as successor by merger to BAC Home Loans Servicing, LP*

AKERMAN SENTERFITT LLP
1160 Town Center Drive, Suite 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

STEVEN ABOULAFIA,

Plaintiff,

v.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; RECONTRUST COMPANY; NEVADA LEGAL NEWS, INC.; COUNTRYWIDE BANK, FSB; BANK OF AMERICA; BAC HOME LOANS SERVICING LP; and DOES I through X, inclusive,

Defendants.

Case No.: 2:12-cv-00385-KJD-GWF

**ORDER EXPUNGING LIS PENDENS**

On October 3, 2012, this Court issued an Order [Dkt. 13] granting defendants Mortgage Electronic Registration Systems, Inc., ReconTrust Company, N.A., Countrywide Bank, FSB, Bank of America, N.A, for itself and as successor by merger to BAC Home Loans Servicing, LP's (collectively, **defendants**) Motion to Dismiss Plaintiff's First Amended Complaint for Failure to State a Claim Pursuant to Fed. R. Civ. P. 12(b)(6) and to Expunge Lis Pendens [Dkt. 11], and entered judgment in favor of defendants [Dkt. 14].

The Court finds that plaintiff recorded a lis pendens on or about June 21, 2012, as Document No. 201106210003291 in the real property records maintained by the Clark County Recorder.

AKERMAN SENTERFITT LLP
1160 Town Center Drive, Suite 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

The Court rules as follows:

1. It is ordered, adjudged, and decreed that the above-referenced lis pendens is canceled, released, and expunged.

2. It is further ordered, adjudged, and decreed that this Order canceling the above-referenced lis pendens has the same effect as an expungement of the original lis pendens.

3. It is further ordered, adjudged, and decreed that defendants record a properly certified copy of this Order in the real property records of Clark County, Nevada within a reasonable amount of time from the date of this Order's issue.

Dated this 9th day of October, 2012.

[signature]
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:
**AKERMAN SENTERFITT LLP**

/s/ Natalie L. Winslow
JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9772
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for Defendants Mortgage Electronic Registration Systems, Inc.; Recontrust Company; Countrywide Bank, FSB; and Bank of America as successor by merger to BAC Home Loans Servicing, LP*

Inst #: 201106210003291
Fees: $16.00
N/C Fee: $0.00
06/21/2011 04:44:49 PM
Receipt #: 819635
Requestor:
JAMES KENT
Recorded By: ANI Pgs: 3
DEBBIE CONWAY
CLARK COUNTY RECORDER



**RECORDING COVER PAGE**

Must be typed or printed clearly in black ink only.

APN# 176-06-611-011

11 digit Assessor's Parcel Number may be obtained at:
http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx

**TITLE OF DOCUMENT (DO NOT Abbreviate)**

Lis Pendens

**Title of the Document on cover page must be EXACTLY as it appears on the first page of the document to be recorded.**

**Recording requested by:**

James J. Kent, Esq.

**Return to:**

**Name** James J. Kent, Esq.

**Address** 6280 S. Valley View Blvd. Bldg. D Suite 422

**City/State/Zip** Las Vegas, NV 89118

This page provides additional information required by NRS 111.312 Sections 1-2.

An additional recording fee of $1.00 will apply.

To print this document properly—do not use page scaling.

P:\Recorder\Forms 12_2010



ORIGINAL

Electronically Filed
06/21/2011 04:20:44 PM

CLERK OF THE COURT

176-06-611-011

LISP
JAMES S. KENT, ESQ.
Nevada Bar No. 5034
6280 S. Valley View Blvd.
Bldg. D, Suite 422
Las Vegas, Nevada 89118
(702) 385-1100
Attorney for Plaintiff

DISTRICT COURT

CLARK COUNTY, NEVADA

STEVEN ABOULAFIA,

Plaintiff,

vs.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; RECONTRUST COMPANY; NEVADA LEGAL NEWS, INC.; COUNTRYWIDE BANK, FSB; BANK OF AMERICA; BAC HOME LOANS SERVICING LP; and DOES I through X, and ROE CORPORATIONS I through X, inclusive,

Defendants.

Case No. : A-11-643688C
Dept. No.: XVIII

## LIS PENDENS

NOTICE IS HEREBY GIVEN that an action has been commenced in the Eighth Judicial District Court of the State of Nevada, in and for the County of Clark, by the above-named Plaintiff against the above-named Defendants, to determine all and every claim, estate or interest in the premises and real estate in the Complaint in said action of said Plaintiffs, or either or any of them adverse to the said Defendants.

///

The premises affected by this suit are situated in the County of Clark, State of Nevada, commonly known as 6751 Bison Creek Street, Las Vegas, Nevada 89148, and more fully described as:

PARCEL 1:

Lot Two Hundred Sixty-Three (263) in Block Nine (9) of UNIT 2B - WOODSIDE @ SOUTHWEST RANCH, as show by map thereof filed on April 26, 2002 in Book 104 of Plats, Page 50, in the Office of the County Recorder of Clark County, Nevada.

PARCEL 2:

A non-exclusive easement for ingress and egress and of use and enjoyment in, to and over the Common Elements, including but not limited to, private streets.

DATED this 21st day of June, 2011.

JAMES S. KENT, LTD.

JAMES KENT, ESQ.
Nevada Bar No. 5034
6280 S. Valley View Blvd.
Bldg. D, Suite 422
Las Vegas, Nevada 89118
(702) 385-1100
Attorneys for Plaintiff



JAMES S. KENT, ESQ.
6280 S. VALLEY VIEW
BLDG. D, SUITE 422
LAS VEGAS, NV 89118
(702) 385-1100